NUMBER 13-06-446-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

MUSTANG RIDERS, INC., ET AL.,                                           Appellants,

v.

DUTCHMAN TREE FARMS, LLC,                                                Appellee.
________________________________________________________

On appeal from the 214th District Court 
of Nueces County, Texas
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

          Appellants, MUSTANG RIDERS, INC., ET AL., attempted to perfect an appeal
from a judgment entered by the 214th District Court of Nueces County, Texas, in
cause number 05-2391-F. Judgment in this cause was signed on May 4, 2006. A
timely motion for new trial was filed on June 5, 2006. Pursuant to Tex. R. App. P.
26.1, appellants’ notice of appeal was due on August 2, 2006, but was not filed until
August 9, 2006. 
          Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court’s letter, the appeal
would be dismissed. To date, no response has been received from appellants.
          The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, and appellants’ failure to respond to
this Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 28th day of September, 2006.